DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SCOTT MOELLER,

Appellant,

v.

TARA MEINSEN,

Appellee.

Nos. 2D22-1654, 2D22-2775, 2D22-4091
CONSOLIDATED

————————————————

September 27, 2023

Appeals from the Circuit Court for Hillsborough County; Melissa
M. Polo and James M. Barton, II, Judges.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Ft.
Lauderdale, for Appellant.

Raymond T. Elligett, Jr., and Amy S. Farrior of Buell & Elligett, P.A.,
Tampa; and Stephen A. Barnes and John V.  Trujillo of Barnes Trial
Group, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.